UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONIMARIE RHONE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> -v-<br><br>TOYWIZ, INC.,<br><br>      Defendant. | CIVIL ACTION NO.: 22 Civ. 10306 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the joint status letter from the parties dated March 10, 2023 (ECF No. 18), and orders as follows:

1. Prior to Plaintiff Tonimarie Rhone's ("Rhone") deposition on Friday, April 24, 2023 (the "Deposition"), Defendant Toywiz, Inc. shall disclose the identity of the "third party accessibility agent" and inform Rhone whether the website has changed since the filing of the Complaint (ECF No. 1).

2. Rhone shall share the screen reader during the Deposition.

Dated:  New York, New York
     March 17, 2023

                   SO ORDERED.

                   _____
                   **SARAH L. CAVE**
                   **United States Magistrate Judge**