UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONIMARIE RHONE, on behalf of herself and all others similarly situated,

            Plaintiff,

-v-

TOYWIZ, INC.,

            Defendant.

CIVIL ACTION NO.: 22 Civ. 10306 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement (ECF min. entry Apr. 28, 2023), the telephone conference scheduled for July 13, 2023 is CANCELLED. By **May 31, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Paul G. Gardephe.

Dated:      New York, New York
              May 1, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**